# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 102 MM 2015
:
            Respondent :
:
:
:
      v. :
:
:
TERON LEWIS, :
:
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of September, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**, **WITHOUT PREJUDICE** to Petitioner's right to seek similar relief through the Post Conviction Relief Act. *See* 42 Pa.C.S. §9545(b) (explaining that, generally, a Post Conviction Relief Act petition shall be filed within one year of the date of when the judgment of sentence becomes final).